Apartment 831, Round Rock, TX, for Petitioner–Appellant.

Robert R. Di Trolio, U.S. Tax Court, Donald L. Korb Chief Counsel, Internal Revenue Service, Richard Thane Morrison, Deputy Assistant Attorney General, U.S. Department of Justice Tax Division Appellate Section, Washington, DC, for Respondent–Appellee.

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Gary Lee Colvin appeals the decision of the United States Tax Court related to certain deductions taken by Colvin on his tax return. We have reviewed the briefs, pertinent portions of the record, and the applicable law. None of Colvin's arguments have any merit. We affirm for essentially the same reasons given in the Tax Court's detailed and thorough Memorandum Findings of Fact and Opinion dated June 19, 2007, 2007 WL 1756079.

AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Humberto Fidel Regalado CUELLAR, Defendant–Appellant.**

**No. 05–10065.**

United States Court of Appeals, Fifth Circuit.

July 21, 2008.

Denise B. Williams, Amanda R. Burch, U.S. Attorney's Office Northern, District

---

**158**

of Texas, Lubbock, TX, Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

BY THE COURT: *

The Supreme Court has reversed the judgment of this court affirming Humberto Fidel Regalado Cuellar's conviction for international money laundering in violation of 18 U.S.C. 1956(a)(2)(B)(i). — U.S. —, 128 S.Ct. 1994, 170 L.Ed.2d 942 (2008). Accordingly, we remand the case to the district court with instructions to vacate Cuellar's conviction and enter a judgment of acquittal.